

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., | § | No. 08-21-00039-CV |
| | § | Appeal from the |
| Appellants, | § | 112th District Court |
| v. | § | of Pecos County, Texas |
| BENCHMARK ELECTRICAL SOLUTIONS, INC., CONTROL INSULATION SERVICES, INC., INSPECTION ASSOCIATES, INC., SUNSTATE EQUIPMENT CO., LLC, MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TEXAS GAMMA RAY, LLC, GLOBAL WELDING SERVICES, INC., DANCAR ENERGY CONSTRUCTION, LEXICON, INC. AND TARGA SOUTHERN DELAWARE LLC, | § § § § § § § | (TC# P-12305-B-112-CV) |
| Appellees. | | |

# **O R D E R**

The Court DENIES the motion to compel mediation.

IT IS SO ORDERED this 10th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.